1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CROSSAN D. HOOVER, JR.,                No. 2:09-cv-01917-MCE-DAD P

12           Petitioner,

13       vs.                                ORDER

14   J.W. HAVILAND,

15           Respondent.

16   _____/

17           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20           On December 27, 2010, the magistrate judge filed findings and recommendations

21   herein which were served on all parties and which contained notice to all parties that any

22   objections to the findings and recommendations were to be filed within twenty-one days.  Neither

23   party has filed objections to the findings and recommendations.

24           The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

1

1          1. The findings and recommendations filed December 27, 2010, are adopted in

2    full;

3          2. Respondent's June 1, 2010 motion to dismiss (Doc. No. 15) is denied; and

4          3. Within thirty days from the service of this order, respondent shall file an

5    answer to the petition for writ of habeas corpus.

6        IT IS SO ORDERED.

7

  Dated:  February 10, 2011

8

9                    MORRISON C. ENGLAND, JR.
                UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26