IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CROSSAN D. HOOVER, JR.,

    Petitioner,                        No. CIV S-09-1917 MCE DAD P

    vs.

J.W. HAVILAND,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 4, 2011 request for extension of time (Doc. No. 22) is granted; and

        2. Petitioner shall file and serve a traverse within thirty days from the date of this order.

DATED: April 15, 2011.

                                         */s/ Dale A. Drozd*
                                         DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

DAD:md
hoov1917.111